IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC SCOTT MITCHELL,<br>　　　Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 16-3556 |
| OFFICER EDMOND OBRIEN, et al.,<br>　　　Defendants | : | |

## O R D E R

AND NOW, this 31st day of August, 2017, upon consideration of the defendants' uncontested motion to dismiss (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety with prejudice.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.